# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## INFORMATION

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia                    County:   Philadelphia

City and State of Defendant:   Kentwood, MI

County:  Kent               Register number:  N/A

Place of accident, incident, or transaction:        Eastern District of Pennsylvania

Post Office:  Audubon, PA                    County:    Audubon, PA

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

>   Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

>   YES/NO: No

>   Case Number:  N/A                    Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1.        ○ Antitrust

2.        ○ Income Tax and other Tax Prosecutions

3.        ○ Commercial Mail Fraud

4.        ○ Controlled Substances

5.        ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.        ● General Criminal
(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)18 U.S.C. § 1343 (wire fraud – 1 count)
Notice of forfeiture

---

DATE:  6/11/26                    */s/ Chandler Harris*
File No. 2019R00019                    S. Chandler Harris
U.S. v. Brianna Lazzaro                    Assistant United States Attorney